UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOE ED STACKHOUSE,

          Plaintiff,

                              CASE NO.  1:07-CV-653

v

                              HON. JANET T. NEFF

LORI PEAKE et al.,

          Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the Opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).  Dismissal of this action will count as a strike for purposes of 28 U.S.C. § 1915(g).  The Court further finds that no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).  See *McGore v. Wrigglesworth,* 114 F.3d 601, 611 (6th Cir. 1997).

Date:  October  17,  2007                    /s/  Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge